# **Petition Exhibit 11**

**Response of Stratics Group, Inc to Civil Investigative Demand**
**(December 11, 2020)**

| | |
|---|---|
| IN THE MATTER OF | ) |
| | )    **FTC Matter No. 2023189** |
| **THE STRATICS GROUP, INC.** | ) |

**RESPONSE OF STRATICS GROUP, INC**
**TO CIVIL INVESTIGATIVE DEMAND**

███████████████████████████████████████

███████████████████████████████████

████████████████████████████████

██████  ████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

████████████████████████████████

       ██████

▪ ████████████████████████████████

██████████████████████████████████████

██████████████

▪ ██████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

███████████

1

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████

■ ████ ████ ██ █████ █████ █ ███ ██ █ ██████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████

    ■    █████████████████████████████████████████████

████████████████████████████████████████████

    ■    █████████████████████████████████████████████

████████████████████████████████

    ■    █████████████████████████████████████████████

█████████████

    ■    █████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████

    ■    █████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████ ████████████████████████████████

■ ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████

■ ████████████████████████████████
████████████████████████████████████
██████████████

■ ████████████████████████████████
████████████████████████████████████
███████████████

■ ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████

■ ████████████████████████████████
████████████████████████████████████
███████████████████████████

■ ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████████

4

- ███████████████████████████████████
  ███████████████████████████████████
- ███████████████████████████████████
  ████████
- ███████████████████████████████████
  ████████
- ███████████████████████████████████
  ████████████████████████████
- ███████████████████████████████████
  ███████████████████████████████████
  ██████████████████
- ███████████████████████████████████
  ███████████████████████████████████
  ████████████████████████
- ███████████████████████████████████
  ███████████████████████████████████
  ██████████████████████████████
  ███████████████████████████████████
  ███████████████████
- ███████████████████████████████████
  ███████████████████████████████████
  ████████████████████

- ███████████████████████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████

  ▪ ███████████████████████████████████████████████
    ████████████████████

  ▪ ███████████████████████████████████████████████

  ▪ ███████████████████████████████████████████████
    ███████████████████████████

- ███████████████████████████████████████████████
  ███████████████████████████████████████████████
  ██

  ▪ ███████████████████████████████████████████████
    ███████████████████████████████████████████████
    ███████████████████████

    ▪ ███████████████████████████████████████████████
      ███████████████████████████████

  ▪ ███████████████████████████████████████████████
    ███████████████████████████████████████████████
    ███████████████████████████████████████████████
    ███████████████████████

  ▪ ███████████████████████████████████████████████
    ████████████████████████████████

- ██████████████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ███████
- ██████████████████████████████████████████████████████
  ████
- ██████████████████████████████████████████████████████
  ███████
- ███████████████████████████████████████████████████
  ████████████████████
- ████████████████████████████████████████████████████
  ██████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ████████████
- ████████████████████████████████████████████████████
  █████████████████████████████████
- ██████████████████████████████████████████████████████
  █████████████████████████████████████████████████
  █████████████████
- ███████████████████████████████████████████████████
  ████████████████████████████████████████
- ████████████████████████████████████████████████████
  █████████████████████████
  ██████████████ █████████████████████████████████████

[Page content redacted]

- ▪ [redacted]

- ▪ [redacted]

[redacted]

| [redacted] | [redacted] |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| | |

8

- ███████████████████████████████████████████████████████████████████
  ██████████████

████████

  ██████████

  ██████████

- ███████████████████████████████████████████████████████████████
  ██

████████



3. ████████████████████████████████████████████████████████████

████████

   ███████████████████████████
   ████████████████████

- ████████████████████████████████████████████████████████████████
  ████████████████████████████████████████████

████████

   ██████████
   ██████████

