# Petition Exhibit 19

**Stratics Group. Inc.'s Response and Objections to Civil Investigative Demand (March 15, 2021)**

IN THE MATTER OF )
)   FTC Matter No. 2023189
THE STRATICS GROUP, INC. ALSO )
d/b/a STRATICS NETWORKS )

**STRATICS GROUP, INC.'S RESPONSE AND OBJECTIONS
TO CIVIL INVESTIGATIVE DEMAND**

███████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████

                              ████████████

█████████████████████████████████████████████████

██████████████████▌ ██████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

_____
█████████████████████████████████████
███████████████████████

1

2





4

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████

██ ████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

██ ████████████████████████████████████████████████

████████████████████████████████████

██ ████████████████████████████████████████████████

██████████████████████████████████████

██ ████████████████████████████████████████████████

██████████████████████████████

██ ████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████████

██ ████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████ ██████████████████████████████████████████

████████████████████████████████████





6